UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHARLES PRUITT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08CV00154AGF |
| ) | |
| KERRY D. BUTCHER, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

One **May 1, 2008**, this Court advised Plaintiff that the 120 day period for service on Defendant **Kerry D. Butcher** would expire on **May 30, 2008**. On **June 2, 2008**, this Court ordered plaintiff to show cause why the complaint against defendant Kerry D. Butcher should not be dismissed without prejudice for failure to serve process within 120 days. Plaintiff has not responded to that order.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that plaintiff's complaint against defendant **Kerry D. Butcher** is DISMISSED without prejudice pursuant to Rule 4(m), Fed.R.Civ.P.

Dated this 10th day of June, 2008.

*/s/ Jean C. Hamilton*
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE