UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CHARLES PRUITT,                          )
                                         )
            Plaintiff,                   )
                                         )
      vs.                                )        Case No.   4:08CV0154 AGF
                                         )
STAN KOCH & SONS TRUCKING, INC.,         )
                                         )
            Defendant.                   )

## ORDER

This matter is before the Court on Plaintiff's motion to compel. Plaintiff asserts
that Defendant has filed improper objections to Plaintiff's interrogatories and request for
production filed on August 25, 2008. Plaintiff further asserts that Defendant failed to
respond to a second request for production filed on September 3, 2008. Plaintiff asks the
Court to order Defendant to answer the interrogatories and respond to the requests for
production. Plaintiff, however, has failed to provide the Court with copies of the
discovery requests and of Defendant's objections to the August 2008 requests.
Accordingly, the Court cannot evaluate the merits of Plaintiff's motion to compel with
regard to the August 2008 discovery requests.

Furthermore, especially with regard to the September 2008 request for
production, Plaintiff has not satisfied the requirements of Local Rule 37-3.04(A), which
states that the Court will not consider any motions related to discovery unless the motion
contains a statement that movant's counsel has conferred with opposing counsel, or
attempted to do so, in an effort to resolve the dispute but was unable to reach an accord.

Pursuant to this Rule, the statement must recite the date, time, and manner of such conference, and the names of the individuals participating therein, or must state with specificity the efforts made to confer with opposing counsel.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion to compel is **DENIED** at this time **without prejudice.**

AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 19th day of November, 2008.